IN RE PROMULGATION OF GUARDIANSHIP
SERVICE REGULATIONS.

November 12, 1985.

Petition for certification granted. (See 198 *N.J.Super.* 132)

STATE OF NEW JERSEY v. HARRY JAMES.

November 18, 1985.

Petitions for certification denied.

CARLOTTA D'ONOFRIO v. STEPHEN G. D'ONOFRIO.

November 18, 1985.

Petition for certification denied.

ABDULLAH WAHID MUHAMMAD, A/K/A LAMONT HOLMES v.
N.J. STATE PAROLE BOARD.

November 18, 1985.

Petition for certification denied.